IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY BROOKS,<br><br>    Plaintiff,<br><br>v.<br><br>ROGER GOLD, et al.,<br><br>    Defendants. | No. C 14-04594 HRL (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION; REQUESTING PRISON TO PROVIDE NECESSARY DOCUMENTS** |

On October 15, 2014, Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983, along with an In Forma Pauperis ("IFP") Application. The same day, the Clerk sent Plaintiff a notice that his IFP application was deficient because he failed to attach the following documents: (1) a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official, and (2) a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 3.) Plaintiff was directed to file the missing documents within twenty-eight days of the notice to avoid dismissal of the action. (Id.)

On October 29, 2014, Plaintiff filed another IFP application which is deficient for the same reason as above. (Docket No. 6.) Attached to the motion is a letter wherein Plaintiff asserts that he is having difficulty obtaining the necessary documents and

1  requests the Court's assistance. (<u>Id.</u>) In the interest of justice, Plaintiff shall be granted
2  an extension of time to file the necessary documents to complete his IFP application.
3       Plaintiff shall file the necessary document to complete his IFP application **no later**
4  **than twenty-eight (28) days** from the filing date of this order. The Clerk is directed to
5  send a courtesy copy of this order to the trust account office of Maguire Correctional
6  Facility - 300 Bradford Street, Redwood City, where Plaintiff is located. The Facility is
7  requested to provide Plaintiff with the requested documents in a timely manner.
8       The Clerk shall enclose two blank Certificate of Funds with a copy of this order to
9  Plaintiff.
10  **IT IS SO ORDERED.**
11
12  DATED: _____11/25/14_____
13                                         HOWARD R. LLOYD
                                       United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY BROOKS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROGER GOLD, et al.,<br><br>　　　　Defendants._____/ | Case Number: CV14-04594 HRL<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __11/26/2014__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles Anthony Brooks F-63379
Maguire Correctional Facility
Jail ID: 1109364
300 Bradford Street
Redwood City, CA 94063

Dated: __11/26/2014__　　　　　　*P. Cromwell, deputy*
　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk