IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY BROOKS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROGER GOLD, et al.,<br><br>　　　　　Defendants. | No. C 14-04594 HRL (PR)<br><br>**ORDER OF DISMISSAL** |

On October 15, 2014, Plaintiff, a state prisoner proceeding <u>pro se</u>, filed a complaint pursuant to 42 U.S.C. § 1983, along with an <u>In Forma Pauperis</u> ("IFP") Application. (Docket No. 2.) On the same day, the Clerk sent Plaintiff a notice that his IFP application was deficient because he failed to attach supporting documentation, i.e., (1) a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official, and (2) a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 3.) Plaintiff was provided with a Certificate of Funds form and postage-paid return envelope, and directed to file a response within twenty-eight days to avoid dismissal of this action. (<u>Id.</u>)

On November 26, 2014, the Court granted Plaintiff a second extension of time of twenty-eight days to file a complete IFP application when his second application was also

Order of Dismissal
P:\PRO-SE\HRL\CR.14\04594Brooks_dism-ifp.wpd

1  deficient. (Docket Nos. 6 & 7.)
2       The deadline has since passed, and Plaintiff has neither paid the filing fee nor filed
3  the necessary documents to complete his IFP application. Accordingly, this case is
4  **DISMISSED** without prejudice for failure to pay the filing fee.
5       The Clerk shall terminate any pending motions and close the file.
6       **IT IS SO ORDERED.**
7  DATED:  1/16/15
8  
                                                HOWARD R. LLOYD
                                                United States Magistrate Judge